

**Below is the Order of the Court.**

**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | ) Case No. 12-21309-MLB |
| | ) |
| Kimberly S. Cronogue | ) Chapter 13 |
|          Debtor(s). | ) |
| | ) **AGREED ORDER CONDITIONING THE** |
| | ) **AUTOMATIC STAY** |
| | ) |

    The motion for relief from the automatic stay of Movant, Green Tree Servicing, LLC, its successors and/or assigns, ("Movant"), came on regularly before the Honorable Marc Barreca, Judge presiding. Upon reading the papers and pleadings on file herein, and based on the evidence presented, the Court rules as follows:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor is in delinquent in the amount of $4119.76 ($576.00 in attorneys' fees and costs; $3543.76 in payments: Nov 2012 thru Mar, 2013 of $851.23 each). Debtor shall cure this delinquency in six monthly payments of $686.63 due and payable on or before the 15th day of each month commencing on April 15, 2013 until paid in full. Debtor shall submit these payments to Green Tree Servicing LLC, 1400 Turbine Dr Ste 200, Rapid City, SD 57703.

IT IS FURTHER ORDERED that Debtor shall also remain current on her regular monthly payments commencing on April 1, 2013 and shall submit these payments to the address above.

IT IS FURTHER ORDERED that in the event that Debtor shall miss one of these required payments, Movant shall send written notice to both Debtor and Debtor's counsel advising of the default and providing a 15 day cure period. In the event that the Debtor fails to cure the default within the 15 days Movant shall be entitled to an Order Granting Relief from Stay without further notice to the Debtor.

IT IS FURTHER ORDERED that the Movant may contact the Debtor concerning loan modification and/or forbearance programs available to the Debtor, however, Movant may not attempt to collect any debt once the Debtor has received a discharge.

///End of Order///

Presented By:
/s/ Katrina E. Glogowski
Katrina E. Glogowski, WSBA #27483
Attorney for Movant

Agreed to; Notice of Presentation Waived:

/s/ Michelle Carmody Kaplan
Michelle Carmody Kaplan, WSBA # 27286
Counsel for Debtor