In re **Kimberly S. Cronogue**, Case No. **12-21309**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **The Hartford Life and Accident Ins. Co. Policy No. GL-402614** Policy Amount is $40,000 and has an option for an 80% accelerated benefit if a doctor signs a form stating that the insured has a serious illness that would reasonably be expected to result in the loss of life within 2 of diagnosis. | - | **40,000.00** |

Sub-Total >  **40,000.00**
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **Kimberly S. Cronogue**, Case No. **12-21309**
　　　　　　　　　　　　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Affinion Benefit Group** <br> **Policy No. 716239827** <br> **Benefit $100,000** <br> **No cash value** | - | 0.00 |
| | | **Standard Insurance Company** <br> **900 SW 5th Ave.** <br> **Portland, OR 97204** <br><br> **If the Debtor is not able to work her normal hours due to a medical condition, Standard will pay her up to $3,000 a month. If she earns $3,000 a month from working, she will not receive a benefit.** <br><br> **No cash value.** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |

|  | Sub-Total > <br> (Total of this page) | **0.00** |
|---|---|---|

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Kimberly S. Cronogue**, Case No. **12-21309**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |

Sub-Total >   **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Kimberly S. Cronogue**, Case No. **12-21309**

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **40,000.00** |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

7/18/13 2:29PM

B6C (Official Form 6C) (4/10)

In re **Kimberly S. Cronogue**, Case No. **12-21309**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2) *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** <br> **2-bedroom Condo located 4 blocks from Debtor's house. Debtor's father lives here and Debtor splits her time equally between the house and the condo. She receives mail at both addresses and considers both her home.** <br><br> **13759 NE 69th Street, #661** <br> **Redmond, WA 98052** <br><br> **BPO          $110,000** <br> **Less cost of sale    $  8,800** <br> **Adjusted FMV    $101,200** | 11 U.S.C. § 522(d)(5) | 7,308.00 | 101,200.00 |
| **Interests in Insurance Policies** <br> **The Hartford Life and Accident Ins. Co.** <br> **Policy No. GL-402614** <br> **Policy Amount is $40,000 and has an option for an 80% accelerated benefit if a doctor signs a form stating that the insured has a serious illness that would reasonably be expected to result in the loss of life within 2 of diagnosis.** | 11 U.S.C. § 522(d)(7) | 40,000.00 | 40,000.00 |
| **Affinion Benefit Group** <br> **Policy No. 716239827** <br> **Benefit $100,000** <br> **No cash value** | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Standard Insurance Company** <br> **900 SW 5th Ave.** <br> **Portland, OR 97204** <br><br> **If the Debtor is not able to work her normal hours due to a medical condition, Standard will pay her up to $3,000 a month. If she earns $3,000 a month from working, she will not receive a benefit.** <br><br> **No cash value.** | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| | Total: | 47,308.00 | 141,200.00 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

Case 12-21309-MLB    Doc 53    Filed 07/18/13    Ent. 07/18/13 14:33:02    Pg. 5 of 5